■ In the Matter of SHABAKA R. SHAKUR, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [762 NYS2d 864] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered February 20, 2003, seeking review of a determination after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW HURD, Appellant. [762 NYS2d 864] —Appeal from a judgment of Steuben County Court (Latham, J.), entered February 9, 2001, convicting defendant upon his plea of guilty of criminal possession of marihuana in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.